UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 819-cv-00176-EAK-AEP

**MAXIE BROOME, JR.,**

      **Plaintiff,**

v.

**THE MOSAIC COMPANY,**
A foreign profit corporation,

      **Defendant.**
_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

COME NOW Plaintiff, MAXIE BROOME, JR., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and files this his Notice of Voluntary Dismissal of this action.

Respectfully submitted this 19th day of February, 2019.

*/s/Maxie Broome, Jr.*
Maxie Broome, Jr.
Florida Bar No.0200201
P.O. Box 371
Bartow, FL  33831
mbroomelaw@aol.com.
Telephone:  (904) 382-0201

Attorney for Plaintiff